## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>      Defendant. | Civil Action No. 19-0778 (RDM) |

### CONSENT MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE

Defendant, United States Department of Commerce ("Defendant"), respectfully requests that the initial scheduling conference in this Freedom of Information Act ("FOIA") case currently scheduled for June 3, 2019, at 10:00 am be rescheduled to June 13, 14, 17, 18, 20, or such other date thereafter as is convenient for the Court.  Good cause exists to grant this motion as the undersigned Assistant United States Attorney will be out of the office for previously scheduled leave through June 11, 2019.  Plaintiff's counsel has advised the undersigned Assistant United States Attorney that Plaintiff does not object to this request.  This is Defendant's first request for rescheduling of this conference and the requested rescheduling will not impact any other deadlines.

For the foregoing reasons, Defendant respectfully requests that the Court grant its motion to reschedule the initial scheduling conference.

Dated: May 23, 2019	Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ *Melanie D. Hendry*
Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov