# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>    Defendant. | Civil Action No. 19-0778 (CJN) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant, United States Department of Commerce ("Defendant"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully requests a three-week extension of its deadline to file its summary judgment motion and a corresponding extension of the remainder of the briefing schedule. Good cause exists to grant this motion.

Agency counsel assigned to this matter has advised the undersigned Assistant United States Attorney that he has had to be absent from the office to attend to a family matter. Consequently, additional time is needed for the agency to prepare its declaration and summary judgment motion papers. Defendant respectfully requests that the briefing schedule be amended as follows:

| | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Defendant's Summary Judgment Motion | July 22, 2019 | August 12, 2019 |
| Plaintiff's Opposition and Cross-Motion | August 5, 2019 | August 26, 2019 |
| Defendant's Opposition and Reply | August 19, 2019 | September 9, 2019 |
| Plaintiff's Reply | August 26, 2019 | September 16, 2019 |

Defendant requests this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension of its deadline to file its summary judgment motion. Plaintiff's counsel has advised the undersigned that Plaintiff will only consent to a one-week extension. However, no prejudice will result from the additional two weeks Defendant is requesting. Defendant, therefore, respectfully requests that the Court grant its motion for extension of time.

Dated: July 19, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JESSIE K. LIU, D.C. Bar # 472845
　　　　　　　　　　　　　　　　　　　　United States Attorney for the District of Columbia

　　　　　　　　　　　　　　　　　　　　DANIEL F. VAN HORN, D.C. Bar # 924092
　　　　　　　　　　　　　　　　　　　　Chief, Civil Division

By: /s/ *Melanie D. Hendry*
　　　　Melanie D. Hendry
　　　　Assistant United States Attorney
　　　　555 Fourth Street, N.W.
　　　　Washington, D.C. 20530
　　　　(202) 252-2510
　　　　melanie.hendry2@usdoj.gov