IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>DEPARTMENT OF COMMERCE )<br>)<br>Defendant. )<br>_____) | No. 1:19-cv-778-CJN |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO EXTEND
BRIEFING SCHEDULE**

Plaintiff Cause of Action Institute ("CoA Institute") hereby opposes Defendant Department of Commerce's ("Commerce") motion to extend the deadlines for summary judgment briefing in this matter. In support of its opposition, CoA Institute states as follows:

1. In its Complaint, CoA Institute alleges that Commerce is unlawfully denying it access to a report, which CoA Institute requested under the Freedom of Information Act ("FOIA"), that Commerce prepared and sent to the President under the Trade Expansion Act of 1962. *See* 19 U.S.C. § 1862.

2. Although it has not yet officially presented its position, it appears that Commerce's believes the report is exempt from disclosure under FOIA unless and until the President determines what action he will take in response to the report, and when Commerce publishes the report in the *Federal Register*, as it is required by statute to do. *See id.* § 1862(b)(3)(B). CoA Institute disagrees.

3. CoA Institute is concerned that Commerce may be trying to delay proceedings until the President deigns to allow Commerce to comply with the statute.

4. To wit, when the parties proposed summary judgment briefing schedules to Judge Moss at the initial schedule conference on June 17, 2019, Commerce proposed a schedule that would have concluded in December 2019, while CoA Institute proposed a schedule that would have concluded August 2019.

5. Judge Moss largely agreed with CoA Institute's position and entered a briefing schedule that concluded in August 2019.

6. According to the schedule Judge Moss entered, Commerce's motion for summary judgment is due on July 22, 2019.

7. At 4:11 PM on July 19, 2019—barely one-business day before her brief was due—counsel for Commerce contacted counsel for CoA Institute and requested a three-week extension on the theory that agency counsel would be out of office on a family matter.[1]

8. Out of professional courtesy, CoA Institute hereby consents to a one-week extension of all briefing deadlines to allow for potentially-unforeseen developments.

9. However, it cannot consent to a longer extension that would continue to delay the Court's consideration of this case and reopen a briefing-schedule dispute that Judge Moss has already settled.

Accordingly, CoA Institute urges the Court to deny Commerce's motion and, instead, extend all pending briefing deadlines by one week.

---

[1] Commerce also moved for and received a two-week extension for the initial scheduling conference, which CoA Institute did not oppose. *See* ECF No. 10; May 24 Order.

Date: July 19, 2019                                      Respectfully submitted,

<div style="margin-left:40%">

<u>*/s/ R. James Valvo, III*</u>
R. James Valvo, III (D.C. Bar No. 1017390)
Ryan P. Mulvey (D.C. Bar No. 1024362)
Lee A. Steven (DC Bar. No. 468543)
CAUSE OF ACTION INSTITUTE
1875 Eye St., NW, Suite 800
Washington, DC 20006
Telephone: (202) 499-4232
Facsimile: (202) 330-5842
james.valvo@causeofaction.org
ryan.mulvey@causeofaction.org
lee.steven@causeofaction.org

*Counsel for Plaintiff*

</div>