## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|                                      |     |                              |
|--------------------------------------|-----|------------------------------|
| CAUSE OF ACTION INSTITUTE,           | )   |                              |
|                                      | )   |                              |
| Plaintiff,                           | )   |                              |
|                                      | )   |                              |
| v.                                   | )   | Civil Action No. 19-778 (CJN) |
|                                      | )   |                              |
| UNITED STATES                        | )   |                              |
| DEPARTMENT OF COMMERCE,              | )   |                              |
|                                      | )   |                              |
| Defendant.                           | )   |                              |
|_____| )   |                              |

## JOINT MOTION TO UPDATE DEADLINES

The parties jointly and respectfully move the Court to update the briefing schedule in this case.  On July 24, 2019, the Court granted Defendant's motion for a three-week extension of all deadlines in the briefing schedule.  However, in its Order, the Court reentered the existing briefing schedule.  On July 29, 2019, the Clerk likewise "Set/Reset Deadlines" with the existing briefing schedule.

The parties believe that the Court intended to enter the following briefing schedule, which would reflect the three-week extension that the Court granted:

- Defendant's Summary Judgment Motion is due August 12, 2019;

- Plaintiff's Opposition and Cross-Motion is due August 26, 2019;

- Defendant's Opposition and Reply is due September 9, 2019; and

- Plaintiff's Reply is due September 16, 2019.

In light of the foregoing, the parties respectfully request that the Court update the briefing schedule in the manner set forth above.

Date: July 30, 2019              Respectfully submitted,

*/s/ R. James Valvo, III*
R. James Valvo, III (D.C. Bar No. 1017390)
Ryan P. Mulvey (D.C. Bar No. 1024362)
Lee A. Steven (DC Bar. No. 468543)
CAUSE OF ACTION INSTITUTE
1875 Eye St., NW, Suite 800
Washington, DC 20006
Telephone: (202) 499-4232
Facsimile: (202) 330-5842
james.valvo@causeofaction.org
ryan.mulvey@causeofaction.org
lee.steven@causeofaction.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney for District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ Melanie D. Hendry
Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov

*Counsel for Defendant*

2