# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>    Defendant. | Civil Action No. 19-0778 (CJN) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant, United States Department of Commerce ("Defendant"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully requests a one-week extension of its deadline to file its summary judgment motion and a corresponding extension of the remainder of the briefing schedule. Good cause and extenuating circumstances exist to grant this motion.

Defendant is working diligently to prepare its summary judgment motion but that work has been unavoidably delayed by unanticipated circumstances. Specifically, agency counsel assigned to this matter has advised the undersigned Assistant United States Attorney that preparation of the agency's declaration has been delayed since agency counsel has had to attend to a sick child. Additionally, the undersigned Assistant United States Attorney is departing the United States Attorney's Office for another position and the declaration is not expected to be finalized sufficiently in advance of that date to permit the undersigned Assistant United States Attorney to finalize and file the motion papers. Consequently, additional time is needed for the newly assigned Assistant United States Attorney to familiarize himself with the issues in this case and for the agency to prepare its declaration and summary judgment motion papers. Defendant respectfully requests that the briefing schedule be amended as follows:

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Defendant's Summary Judgment Motion | August 12, 2019 | August 19, 2019 |
| Plaintiff's Opposition and Cross-Motion | August 26, 2019 | September 3, 2019 |
| Defendant's Opposition and Reply | September 9, 2019 | September 17, 2019 |
| Plaintiff's Reply | September 16, 2019 | September 24, 2019 |

Defendant requests this extension in good faith and not for the purpose of delay. This is Defendant's second request for an extension of its deadline to file its summary judgment motion. The undersigned Assistant United States Attorney has advised Plaintiff's counsel of this request and the extenuating circumstances which necessitate it. Plaintiff's counsel has advised that Plaintiff does not consent to the requested extension. However, no prejudice will result from the additional one week Defendant is requesting. Defendant, therefore, respectfully requests that the Court grant its motion for extension of time.

Dated: August 6, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ *Melanie D. Hendry*
Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov