IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-778-CJN |
| ) | |
| UNITED STATES ) | |
| DEPARTMENT OF COMMERCE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S SECOND MOTION
TO EXTEND BRIEFING SCHEDULE**

Plaintiff Cause of Action Institute ("CoA Institute") hereby opposes Defendant Department of Commerce's ("Commerce") motion to extend—for the second time—the deadlines for summary judgment briefing. In support of its opposition, CoA Institute states the following:

1. Commerce's dilatory motives are plain and inexcusable. As CoA Institute explained in its opposition to Commerce's July 19th motion to extend the briefing schedule, ECF No. 12, the agency appears to be taking the position that the record at issue in this case is exempt from disclosure unless and until the President allows Commerce to release it. Thus, Commerce appears to be relying on some sort of "temporal privilege" but refuses to put that position in writing.

2. CoA Institute strongly disagrees that a "temporal privilege"—which would grant complete discretion to the President to control the disclosure of agency

records—exists under the Freedom of Information Act and urges the Court not to entertain Commerce's continued recalcitrance.

3.  If Commerce has a legal defense for its withholding of the record at issue, let it put that defense in writing and present it to this Court and CoA Institute for examination.

4.  Further, in its July 24th Order, the Court stated "that future motions seeking to extend the briefing schedule will be disfavored."

5.  This case was filed nearly five months ago; there is a single record at issue. There is no justification for continued delay.

Accordingly, CoA Institute respectfully urges the Court to deny Commerce's motion and require it to present its legal position as scheduled.

Date: August 6, 2019

Respectfully submitted,

*/s/ R. James Valvo, III*
R. James Valvo, III (D.C. Bar No. 1017390)
Ryan P. Mulvey (D.C. Bar No. 1024362)
Lee A. Steven (DC Bar. No. 468543)
CAUSE OF ACTION INSTITUTE
1875 Eye St., NW, Suite 800
Washington, DC 20006
Telephone: (202) 499-4232
Facsimile: (202) 330-5842
james.valvo@causeofaction.org
ryan.mulvey@causeofaction.org
lee.steven@causeofaction.org

*Counsel for Plaintiff*