**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>    Defendant. | Civ. A. No. 19-0778 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Summary Judgment and the memoranda in support thereof and in opposition thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

It is further **ORDERED** that **JUDGMENT** is entered in favor of Defendant on all claims in this action.

Dated: _____          _____
                                                                             United States District Judge