# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-778-CJN ) |
| UNITED STATES DEPARTMENT OF COMMERCE | ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Federal Rule of Civil Procedure 56 and Rule 7(h) of the Local Civil Rules of the United States District Court for the District of Columbia, Plaintiff Cause of Action Institute ("CoA Institute") hereby submits a statement of undisputed materials facts in support of its opposition and cross-motion for summary judgment.

### I. The Administration's Recent Actions Under Section 232 of the Trade Expansion Act of 1962

1. The current Administration has invoked the Section 232 statutory process five times: Commerce has investigated and created reports on the national-security impacts of the importation of steel, aluminum, uranium, and automobiles, *see* Dep't of Commerce, Bureau of Industry and Security, Section 232 Investigations: The Effect of Imports on the National Security, Completed Reports, *available at* http://bit.ly/2zotcJe (listing steel, aluminum, uranium, and titanium sponge investigations); Ex. 8 to Liberman Decl. (automobile investigation); Commerce's titanium-sponge investigation is still ongoing and, to CoA Institute's knowledge, the agency not yet produced a report.

2. When Commerce completed its reports on steel and aluminum in 2018, it transmitted those reports to the President and, within one month, published executive summaries in the *Federal Register* and full reports on its website, subject to redactions for classified and proprietary information.  *See* Dep't of Commerce, The Effect of Imports of Aluminum on the National Security (Jan. 2018), *available at* http://bit.ly/2N35R9q; Dep't of Commerce, The Effect of Imports of Steel on the National Security (Jan. 2018), *available at* http://bit.ly/2L7gBRJ

3. On February 17, 2019, the Secretary of Commerce transmitted a report to the President detailing the findings from an investigation—conducted pursuant to the Secretary's authority under Section 232 of the Trade Expansion Act of 1962—into whether the importation of passenger vehicles, light trucks, and certain automobile parts impacted the national security of the United States ("232 Auto Tariffs Report"). *See* Ex. 8 to Liberman Decl.

4. On May 17, 2019, the White House posted an extensive summary of the 232 Auto Tariffs Report on its website.  *See* Ex. 8 to Liberman Decl.

## II. The Two FOIA Requests at Issue Here

5. By letter, dated February 18, 2019, CoA Institute sent a Freedom of Information Act ("FOIA") request to the Department of Commerce ("Commerce") Secretary's office seeking access to "a copy of the Commerce Secretary's final report to the President regarding Section 232 National Security Investigation of Imports of Automobiles, Including Cars, SUVs, Vans and Light Trucks, and Automotive Parts." Compl. Ex. 1; Answer ¶ 6 (admitted).

6. On June 13, 2019, Commerce acknowledged receipt of the FOIA request referenced in Paragraph 5 and appeared to assign it tracking number DOC-IOS-2019-827. *See* Ex. 3 to Liberman Decl.

7. By letter, dated February 18, 2019 CoA Institute sent a separate FOIA request to Commerce's Bureau of Industry and Security ("BIS") similarly seeking access to "a copy of the Commerce Secretary's final report to the President regarding Section 232 National Security Investigation of Imports of Automobiles, Including Cars, SUVs, Vans and Light Trucks, and Automotive Parts." Compl. Ex. 2; Answer ¶ 9 (admitted).

8. By email, dated February 19, 2019, BIS acknowledged receipt of the request and assigned it tracking number DOC-BIS-2019-742. Compl. Ex. 3; Answer ¶ 9 (admitted).

9. By letter, dated June 13, 2019, Commerce sent a letter to CoA Institute stating that the agency is "reviewing, in conjunction with the Executive Office of the President, whether the Secretary's report constitutes a presidential record within the meaning of the Presidential Records Act . . . in which case it would not be subject to disclosure under FOIA." *See* Ex. 5 to Liberman Decl.

10. Commerce further stated that even if the report is subject to the FOIA, the agency would nonetheless attempt to withhold it "from disclosure under FOIA pursuant to the presidential communications privilege and/or the deliberative process privilege, until all actions deemed necessary to adjust the imports of

automobiles and automobile parts so that such imports will not threaten to impair the national security have been completed." *Id.*

### III. Commerce's Treatment of CoA Institute's Request for the Section 232 Uranium Report.

11. On April 14, 2019, the Secretary of Commerce "transmitted to [the President] a report on his investigation into the effect of imports of uranium . . . on the national security of the United States under section 232 of the Act." The White House, Presidential Memoranda: Memorandum on the Effect of Uranium Imports on the National Security and Establishment of the United States Nuclear Fuel Working Group (July 12, 2019), *available at* http://bit.ly/326VOmz.

12. On April 15, 2019, CoA Institute sent a FOIA request to Commerce seeking access to the uranium report. Decl. of R. James Valvo, III ¶ 3.

13. On May 16, 2019, Commerce issued a final determination letter granting CoA Institute's request and stating that it "intend[s] to provide all non-exempt documents responsive to your request." Valvo Decl. Ex. 1.

14. Between May 16, 2019 and August 16, 2019, CoA Institute and Commerce engaged in an email exchange discussing CoA Institute's April 15 FOIA request for the uranium report. Valvo Decl. Ex. 2.

15. Commerce has not produced the uranium report to CoA Institute. Valvo Decl. ¶ 6.

Date: September 3, 2019                        Respectfully submitted,

<div style="margin-left:auto">

*/s/ R. James Valvo, III*
R. James Valvo, III (D.C. Bar No. 1017390)
Ryan P. Mulvey (D.C. Bar No. 1024362)
Lee A. Steven (DC Bar. No. 468543)
CAUSE OF ACTION INSTITUTE
1875 Eye St., NW, Suite 800
Washington, DC 20006
Telephone: (202) 499-4232
Facsimile: (202) 330-5842
james.valvo@causeofaction.org
ryan.mulvey@causeofaction.org
lee.steven@causeofaction.org

*Counsel for Plaintiff*

</div>