## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CAUSE OF ACTION INSTITUTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-778-CJN |
| | ) | |
| UNITED STATES | ) | |
| DEPARTMENT OF COMMERCE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>DECLARATION OF R. JAMES VALVO, III</u>

I, R. James Valvo, III, pursuant to 28 U.S.C. § 1746, do hereby declare:

1.      I am Counsel and Senior Policy Advisor at Cause of Action Institute ("CoA Institute").  My responsibilities include, among other things, working on matters involving the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  I represent Plaintiff CoA Institute in this lawsuit.

2.      I submit this declaration in support of CoA Institute's Opposition and Cross-Motion for Summary Judgment.  The statements in this declaration are based upon knowledge that I have acquired in the performance of my official duties, information provided to me in my official capacity by other CoA Institute personnel, and my first-hand experience reviewing and analyzing relevant records maintained by CoA Institute during the ordinary course of its business.

3.      On April 15, 2019, I oversaw and caused to be filed a FOIA request to the Department of Commerce ("Commerce") seeking access to, among other things, a

"copy of the Commerce Secretary's final report to the President regarding the Section 232 Investigation on the Effect of Imports of Uranium on the National Security."

4.     On May 16, 2019, Commerce issued a final determination letter granting CoA Institute's request and stating that it "intend[s] to provide all non-exempt documents responsive to your request."  A true and correct copy of that letter is attached as Exhibit 1 to this Declaration.

5.     Between May 16, 2019 and August 16, 2019, I participated in an email exchange with Grace Agyekum, FOIA Officer and Public Liaison, Bureau of Industry and Security, Department of Commerce, discussing CoA Institute's FOIA request for the uranium report.  A true and correct copy of that email exchange is attached as Exhibit 2 to this Declaration.

6.     Commerce has not produced the uranium report to CoA Institute.

7.     I supervised a team of investigators at CoA Institute that analyzed publicly-available data about reports Commerce and two other entities have created under their Section 232 authority since 1963.  A true and correct copy of the data underlying that analysis is attached as Exhibit 3 to this Declaration.

8.     Excluding the investigations into automobiles (the subject of this lawsuit), uranium (a report Commerce refuses to release), and titanium sponge (investigation is ongoing), CoA Institute investigators made the following findings:

- Twenty-eight investigations have been conducted under Section 232 authority since 1963.

- Reports have been created for twenty-two of those investigations.

- Of the twenty-two reports, three were made available within one day of being issued and eleven reports were made available within eight days of being issued.

- As of the filing of CoA Institute's Opposition and Cross-Motion for Summary Judgment, it has been 198 days since Commerce transmitted the automobile report to the President. It has taken Commerce longer to release a Section 232 report only once before: the 1999 report on "The Effect of Imports of Crude Oil on National Security" (270 days). The Secretary of the Treasury took over 600 days to publish the 1984 report on "The Impact of Ferroalloy Imports on the National Security."

9. Commerce did not publish all of the reports detailed above. Rather, some were published by the Office of Emergency Planning and some by the Department of the Treasury, two entities that previously had Section 232 statutory authority. *See* Trade Expansion Act of 1962 § 232, Pub. L. 87-794, 76 Stat. 872, 877 (originally conferring authority on the Director of the Office of Emergency Planning); Trade Act of 1974 § 126, Pub L. 93-618, 88 Stat. 1978 (transferring Section 232 authority to the Secretary of the Treasury); Omnibus Trade and Competitiveness Act of 1988 § 1501, Pub. L. 100-418, 102 Stat. 1107 (transferring Section 232 authority to the Secretary of Commerce).

I declare under penalty of perjury that the foregoing is true and correct.

_____

R. James Valvo, III
Executed this 3rd Day of September 2019.

3

# EXHIBIT

# 1

**UNITED STATES DEPARTMENT OF COMMERCE**
Under Secretary for Industry and Security
Washington, D.C. 20230

**MAY 1 6 2019**

Mr. Kevin Schmidt
Director of Investigations
Cause of Action Institute
1875 Eye Street, Suite 800
Washington, DC  20006

Via electronic mail: kevin.schmidt@casueofaction.org

BIS Tracking Number:  BIS 19-088

Re:  Freedom of Information Act Request

Dear Mr. Schmidt:

This is in response to your April 15, 2019, Freedom of Information Act (FOIA), 5 U.S.C. § 552, request to the Department of Commerce's Bureau of Industry and Security (BIS) for "a copy of the Commerce Secretary's final report to the President regarding the section 232 investigation on the effect of imports of uranium on the national security, and the DOD response letter to the Section 232 investigation on the effect of imports of uranium on the national security."

We intend to provide all non-exempt documents responsive to your request. Furthermore, please be advised that the report will be made publicly available via publication in the Federal Register, pursuant to 15 C.F.R. § 710(c), after the President's review is complete.

If you have any questions or concerns or would like to discuss any aspect of your request, you may contact the Bureau's FOIA Public Liaison:

> Grace Agyekum
> Bureau of Industry and Security
> Office of Planning, Evaluation and Management
> 1401 Constitution Ave. NW, Room 6622
> Washington, DC 20230
> Tel: (202) 482-7893
> email: grace.agyekum@bis.doc.gov

Please refer to your FOIA request tracking number when contacting us.

In addition, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:

> Office of Government Information Services
> National Archives and Records Administration



8601 Adelphi Road-OGIS
College Park, Maryland 20740-6001
e-mail at ogis@nara.gov;
telephone at 202-741-5770
toll free at 1-877-684-6448
facsimile at 202-741-5769

You have the right to appeal this decision of your FOIA request. An appeal must be received within 90 calendar days of the date of this response letter. Address your appeal to the following office:

Assistant General Counsel for Employment, Litigation and Information
U.S. Department of Commerce
Office of the General Counsel, Room 5896
1401 Constitution Ave., NW
Washington, D.C. 20230

You may also appeal by e-mail to FOIAAppeals@doc.gov or by FOIAonline, if you have an account in FOIAonline, at https://foiaonline.regulations.gov/foia/action/public/home#. The appeal should include a copy of the original request and initial denial, if any. All appeals should include a statement of the reasons why the requested records should be made available and why the adverse determination was in error.

The appeal letter, the envelope, and the e-mail subject line should be clearly marked "Freedom of Information Act Appeal." The e-mail, FOIAonline, and office mail are monitored only on working days during normal business hours (8:30 a.m. to 5:00 p.m., Eastern Time, Monday through Friday). FOIA appeals posted to the e-mail box, FOIAonline, or the office after normal business hours will be deemed received on the next normal business day. If the 90th calendar day for submitting an appeal falls on a Saturday, Sunday or legal public holiday, an appeal received by 5:00 p.m., Eastern Time, the next business day will be deemed timely.

Sincerely,

Fernandez Boards
Acting Chief Financial Officer and
  Director of Administration

# EXHIBIT

# 2

| | |
|---|---|
| **From:** | James Valvo |
| **To:** | Grace Agyekum |
| **Cc:** | Kevin Schmidt |
| **Subject:** | RE: FOIA Request for BIS 19-088 |
| **Date:** | Friday, August 16, 2019 4:49:00 PM |
| **Attachments:** | image001.png |

Ms. Agyekum,

I have not heard back from you.  Does Commerce intend to release the uranium report?

Thank you,
James

**From:** James Valvo
**Sent:** Wednesday, August 14, 2019 8:33 AM
**To:** Grace Agyekum <Grace.Agyekum@bis.doc.gov>
**Cc:** Kevin Schmidt <kevin.schmidt@causeofaction.org>
**Subject:** RE: FOIA Request for BIS 19-088

Ms. Agyekum,

I still have not seen the uranium report that is responsive to our FOIA request.  Will you please make that report available?

Thank you,
James

**From:** Grace Agyekum <Grace.Agyekum@bis.doc.gov>
**Sent:** Monday, July 15, 2019 2:19 PM
**To:** James Valvo <James.Valvo@causeofaction.org>
**Cc:** Kevin Schmidt <kevin.schmidt@causeofaction.org>
**Subject:** RE: FOIA Request for BIS 19-088

Hello Mr. Valvo:

The executive summary will be printed in the FR within the next 30 days and the full report will be on the BIS website.  Please feel free to contact me after the next days if the report is still not found.


Thank you,

Grace

Grace Agyekum
Bureau of Industry and Security/DOC
Office of Planning, Evaluation & Management
CFO & DOA, Room 6521

1401 Constitution Avenue, N.W.
Washington, DC  20230
Telephone:  202-482-7893
Email: grace.agyekum@bis.doc.gov

---

**From:** James Valvo <James.Valvo@causeofaction.org>
**Sent:** Monday, July 15, 2019 11:25 AM
**To:** Grace Agyekum <Grace.Agyekum@bis.doc.gov>
**Cc:** Kevin Schmidt <kevin.schmidt@causeofaction.org>
**Subject:** RE: FOIA Request for BIS 19-088

Ms. Agyekum,

I am emailing to follow up on Commerce's final determination on request BIS 19-088.  You previously informed Cause of Action Institute that you intended to produce the report and that it would be available "after the President's review is complete."

As you may know, on July 12, 2019, the White House issued a memorandum summarizing that it had completed its review of the effects of uranium imports on national security.  That memorandum is available on the White House's website here: https://www.whitehouse.gov/presidential-actions/memorandum-effect-uranium-imports-national-security-establishment-united-states-nuclear-fuel-working-group/

Although we do not recognize the delay between Commerce's May 16 final determination of our FOIA request and the President's review of the report as a valid basis to delay a FOIA request, that excuse for non-production is no longer present.  Accordingly, will Commerce now produce the report to us?

Thank you,

James Valvo | Counsel & Senior Policy Advisor
1875 Eye Street, NW, Suite 800
Washington, DC 20006
james.valvo@causeofaction.org
202-417-3576



Click here to subscribe to our emails!

Confidentiality:  The information contained in, and attached to, this communication may be confidential, and is intended only for the use of the recipient named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited.  If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

---

**From:** James Valvo
**Sent:** Thursday, May 16, 2019 11:42 AM

**To:** Grace.Agyekum@bis.doc.gov
**Cc:** Kevin Schmidt <kevin.schmidt@causeofaction.org>
**Subject:** RE: FOIA Request for BIS 19-088

Ms. Agyekum,

Thank you for providing a final determination on request BIS 19-088.  In the letter, the agency states that it "intend[s] to provide all non-exempt documents responsive to [the] request."  We interpret this as a grant of our request, subject to the proper application of statutory exemptions.

As you know, the FOIA statute provides that upon determining that an agency will grant a request, an agency "shall make the records *promptly available*[.]"  5 U.S.C. § 552(a)(3)(A) (emphasis added). When does the Department of Commerce intend to produce the records responsive to this request to Cause of Action Institute?

Thank you,

James Valvo | Counsel & Senior Policy Advisor
1875 Eye Street, NW, Suite 800
Washington, DC 20006
james.valvo@causeofaction.org
202-417-3576



Click here to subscribe to our emails!

Confidentiality:  The information contained in, and attached to, this communication may be confidential, and is intended only for the use of the recipient named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited.  If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

---

**From:** Grace Agyekum <Grace.Agyekum@bis.doc.gov>
**Sent:** Thursday, May 16, 2019 10:47 AM
**To:** Kevin Schmidt <kevin.schmidt@causeofaction.org>
**Subject:** FOIA Request for BIS 19-088

Dear Mr. Schmidt:

Attached, please find a response letter to your request.  Feel free to contact me if you have any questions.

Thank you,

Grace Agyekum
FOIA Officer and Public Liaison

Bureau of Industry and Security (BIS) | OCFO&DOA
U.S. Department of Commerce
grace.agyekum@bis.doc.gov
202.482.7893

# EXHIBIT

# 3



**The median number of days for publication is:  15**

## Section 232 Investigations Where Reports Issued

| 232 Investigation | Initiation Date | Fed. Reg. Announcement Date | Report Date | Fed. Reg. Summary Published | Days Between Report Date and Publication | Conclusion | Public Disclosure Language |
|---|---|---|---|---|---|---|---|
| Manganese and Chromium Ferroalloys and Electrolytic Manganese and Chromium Metals | 5/20/1963 | | 7/17/1964 | 8/8/1964 | 22 | Concluded that imports did not threaten to impair the national security. | "The Director of the Office of Emergency Planning made public on July 17, 1964 his report in the above matter." |
| Tungsten Mill Products | 1/2/1964 | | 9/23/1965 | 9/29/1965 | 6 | Concluded that imports did not threaten to impair the national security. | "The Director of the Office of Emergency Planning made public on September 23, 1965 his report in the above matter" |
| Watches, Movements and Parts | 4/2/1965 | 4/8/1965 | 1/11/1967 | 1/18/1967 | 7 | Concluded that imports did not threaten to impair the national security. | "The Director of the Office of Emergency Planning made public on January 11, 1967, his report to the President in the above matter." |
| Chromium, Manganese and Silicon Ferroalloys and Refined Metals | 5/24/1968 | 6/8/1968 | 8/14/1970 | 8/15/1970 | 1 | Concluded that imports did not threaten to impair the national security. | "The Director of the Office of Emergency Preparedness made public on August 14, 1970, his report in the above matter" |
| Miniature and Instrument Precision Ball Bearings | 1/31/1969 | 2/13/1969 | 5/5/1971 | 5/7/1971 | 2 | Concluded that imports did not threaten to impair the national security. | "The Director of the Office of Emergency Preparedness made public on May 5, 1971, his report in the above matter." |

| Product | Date | Date | Date | Date | No. | Conclusion | Report |
|---|---|---|---|---|---|---|---|
| EHV Power Circuit Breakers and EHV Power Transformers and Reactors | 8/7/1972 | 8/17/1972 | 5/25/1973 | 6/1/1973 | 7 | Concluded that imports did not threaten to impair the national security. | "The Director of the Office of Emergency Preparedness made public on May 25, 1973, his report in the above matter." |
| Oil (includes crude oil, crude oil derivatives and products and related products) | | | 1/24/1975 | 1/30/1975 | 6 | Concluded that imports threatened to impair the national security. | "The Secretary's report to the President and the Assistant Secretary's report of his investigation are published herein and copies thereof are available at the office of the Assistant Secretary for Enforcement . . . Department of the Treasury." |
| Nuts, Bolts, and Large Screws of Iron or Steel | 2/10/1978 | 3/1/1978 | 11/1/1978 | 11/6/1978 | 5 | Concluded that imports did not threaten to impair the national security. | "The Secretary's report to the President and the General Counsel's report of his investigation are published herein, and copies thereof are available through the Office of Public Affairs, Department of the Treasury[.]" |
| Oil (includes crude oil, crude oil derivatives and products and related products) | 3/15/1978 | 2/6/1979 | 3/21/1979 | 3/29/1979 | 8 | Concluded imports threatened to impair the national security. The President imposed a fee on oil imports, which was later found to be illegal and removed. | "The Secretary's report to the President and the General Counsel's report are published herein and copies thereof are available through the Office of Public Affairs, Department of the Treasury[.]" |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Glass-Lined Chemical Processing Equipment | 3/13/1981 | 9/16/1981 | 3/18/1982 | 3/18/1982 | 0 | Concluded that imports did not threaten to impair the national security. | "The public report of the investigation follows." -in Fed. Reg. |
| Chromium, Manganese, and Silicon Ferroalloys | 8/18/1981 | 10/8/1981 | 8/1/1982 | 5/21/1984 | 659 | President found that imports do not threaten to impair the national security, but accepted Commerce recommendation | "This Notice contains the Executive Summary of the report; the entire report is available for inspection at the International Trade Administration Records Inspection Facility, Room 4001-B, U.S. Department of Commerce[.]" |
| The Effect of Imports of Nuts, Bolts, and Large Screws on National Security | 2/11/1982 | 3/31/1982 | 2/25/1983 | 3/2/1983 | 5 | Concluded that imports did not threaten to impair the national security. | "The public record concerning this investigation, including the Secretary's report to the President, will be maintained in the International Trade Administration's [FOIA] Inspection facility, Room 4102. . . U.S. Department of Commerce . . . U.S. Department of Commerce. . . Copies of entire report are also available in Room 3875, U.S. Department of Commerce[.]" |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Antifriction Bearings | 7/17/1987 | 8/4/1987 | 7/15/1988 | 1/18/1989 | 187 | August 10, 1988 President asked for supplemental analysis of expected impact of other Administration initiatives. November 28, 1988 - President concluded that imports did not threaten to impair national security. | "Both the Executive Summary of Commerce's July 15, 1988, section 232 report and the complete text of the November 16, 1988, supplemental Commerce/Defense report are reproduced below. A declassified version of the July 15 report will be available for public review and duplication in the Bureau of Export Administration . . . Room 4886, U.S. Department of Commerce[.]" |
| Crude Oil and Petroleum Products | 12/1/1987 | 12/29/1987 | 1/3/1989 | 2/13/1989 | 41 | "President found that imports threaten to impair national security. Taking into account the Administration's detailed program to improve energy security, no action was taken to adjust imports." | "The Executive Summary of Commerce's December 1, 1988 Section 232 report is reproduced below. A declassified version of the December 1 report will be available for public review and duplication in the Bureau of Export Administration . . . Room 4886, U.S. Department of Commerce[.]" |

| Product | | | | | | | |
|---|---|---|---|---|---|---|---|
| Plastic Injection Molding | 1/11/1988 | 3/3/1988 | 2/17/1989 | 4/3/1989 | 45 | Concluded that imports did not threaten to impair the national security. | "The Executive Summary of Commerce's January 11, 1989, section 232 report is reproduced below. A declassified version of the Commerce report will be available for public review and duplication in the Bureau of Export Administration . . . Room 4886, U.S. Department of Commerce[.]" |
| Gears and Gearing Products | 10/17/1991 | 11/6/1991 | 8/11/1992 | 8/11/1992 | 0 | Concluded that imports did not threaten to impair the national security. | "The text of the Commerce report (excluding business proprietary, information) will be made available for public review and duplication in the Bureau of Export Administration . . . Room 4525, U.S. Department of Commerce . . . The Executive Summary follows below." |
| Ceramic Semiconductor Packaging | 11/10/1992 | 11/25/1992 | 8/18/1993 | 9/14/1993 | 27 | Concluded that imports are not a present threat to national security. | The "Commerce report (excluding business proprietary and national security classified information) will be made available for public review and duplication in the Bureau of Export Administration . . . Room 4525, U.S. Department of Commerce . . . Copies are available for sale from the National Technical Information Service . . . The Executive Summary follows below." |

| Title | | | | | | Determination | Availability |
|---|---|---|---|---|---|---|---|
| Crude Oil and Petroleum Products | 3/11/1994 | 4/12/1994 | 12/1/1994 | 6/9/1995 | 190 | After concurring in Commerce's finding that oil imports threaten to impair the national security, the President determined that no action was necessary. | Posted on Commerce BIS website |
| The Effect of Imports of Crude Oil on National Security | 4/28/1999 | 5/4/1999 | 11/1/1999 | 7/28/2000 | 270 | After approving finding that imports of crude oil threaten the national security, the President determined that no action was necessary. | "Copies of the complete report may be requested from: Bureau of Export Administration . . . U.S. Department of Commerce, Room 6883 . . . This component does not maintain a separate public inspection facility. Requesters should first view BXA's website[.]" |
| Iron Ore and Semi-Finished Steel | 2/1/2001 | 2/6/2001 | 10/1/2001 | 1/15/2002 | 106 | President determined that no action necessary to adjust imports. | The "Secretary's report and certain records related to this investigation (with any business confidential information redacted) are accessible in accordance with the regulations published in . . . 15 CFR 4.1 et seq. Specifically, the above documents are maintained on the Bureau of Export Administration's Web page[.]" |

7

| Current Administration | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Effect of Imports of Aluminum on the National Security | 4/26/2017 | 5/9/2017 | 1/17/2018 | 2/16/2018 | 30 | Concluded imports threatened to impair the national security. | Posted by Commerce on 2/16/2018 |
| The Effect of Imports of Steel on the National Security | 4/19/2017 | 4/26/2017 | 1/17/2018 | 2/16/2018 | 30 | Concluded imports threatened to impair the national security. | Posted by Commerce on 2/16/2018 |
| The Effect of Imports of Automobiles and Automotive Parts | 3/23/2018 | 3/30/2018 | 2/17/2019 | | | Concluded imports threatened to impair the national security. | Presidential Proclamation Summary |
| The Effect of Imports of Uranium on the National Security | 7/18/2018 | 7/25/2018 | | | | | |
| Imports of Titanium Sponge | 3/4/2019 | 3/8/2019 | | | | | |

| | Investigations with No Reports Issued | | | |
|---|---|---|---|---|
| 232 Investigation | Initiation Date | Fed. Reg. Announcement Date | Fed. Reg. Summary Published | Investigation Terminated |
| Anti-Friction Bearings and Parts | 10/16/1964 | 10/23/1964 | 11/2/1966 | Investigation terminated at petitioner's request |
| Oil (includes crude oil, crude oil derivatives and products) | | | 4/9/1973 | Presidential Proclamation April 18, 1973 |
| Oil (includes crude oil, crude oil derivatives and products and related products) | 11/12/1979 | | 11/14/1979 | The President terminated oil imports from Iran via presidential proclamation. |
| Crude Oil from Libya | 3/10/1982 | | 3/11/1982 | "In March 1982 the Secretary reported that the 1979 finding of the Treasury Department's 232 study on oil was still valid: that imports threatened to impair the national security. The President embargoed crude oil produced in Libya." |
| Metal-Cutting and Metal-Forming Machine Tools | 3/10/1983 | 4/7/1983 | | On May 20, 1986, the President deferred a formal decision in the Section 232 |
| Uranium | 12/30/1988 | 2/27/1989 | Not found & not in BIS PDF | 10/23/1989 President concluded imports did not threaten to impair the national security. |

9