**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ) <br> DEPARTMENT OF COMMERCE ) <br> ) <br> Defendant. ) <br> _____) | No. 1:19-cv-778-CJN |

**[PROPOSED] ORDER**

Upon consideration of the parties' motions, and the entire record herein, it is hereby OREDERED that Defendant's motion for summary judgment is DENIED and Plaintiff's cross-motion for summary judgment is GRANTED.  Defendant is ORDERED to release the Section 232 Auto Tariffs Report, as described in the parties motions, to Plaintiff within 20 days of this Order.

SO ORDERED.

Dated: September ____, 2019          _____
                                     The Honorable Carl J. Nichols
                                     United States District Judge