IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-0778 (CJN) |
| ) | |
| U.S. DEPARTMENT OF COMMERCE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order, dated December 11, 2019, the parties hereby submit this Joint Status Report to advise the Court of subsequent legislative updates relating to the Section 232 secretarial report at issue in this Freedom of Information Act lawsuit ("the Autos Report").

1.    The legislation discussed at the November 21, 2019 hearing—H.R. 3055—is no longer relevant to this case. After the court hearing, the House of Representatives rejected the Senate's amendment and converted the underlying bill into a continuing resolution ("CR"), but without any provision for publication of the Autos Report. That CR was subsequently signed into law by the President. *See generally* Further Continuing Appropriations Act, 2020, and Further Health Extenders Act of 2019, Pub. L. No. 116-69, 133 Stat. 1134 (2019). The CR funds the federal government through December 20, 2019.

2.    Congress recently passed a pair of appropriations bills. One of those again includes an amendment imposing a specific deadline on the publication requirement for the Autos Report. *See* U.S. H.R. Rules Comm. Print 116-43, Text of the House Amendment to the Senate Amendment to H.R. 1158 ("Consolidated Appropriations Act, 2020"), *available at* https://www.appropriations.senate.gov/imo/media/doc/H1158ACT_43.pdf.

3. Specifically, Section 112 of Title 1 of the Consolidated Appropriations Act, 2020, as amended, would require, in relevant part, the following:

> Not later than thirty days after the date of the enactment of this Act . . . the Secretary of Commerce shall—
> (1) Publish in the Federal Register the report on the findings of the investigation into the effect on national security of imports of automobiles and automotive parts that the Secretary initiated on May 23, 2018, under section 232(b) of the Trade Expansion Act of 1962 (19 U.S.C. 1862(b)), as required under paragraph (3)(B) of that section; and
> (2) Submit to Congress any portion of the report that contains classified information, which may be viewed only by Members of Congress and their staff with appropriate security clearances.

4. The House of Representatives passed the Consolidated Appropriations Act, 2020 on December 17, 2019, and the Senate passed it on December 19, 2019. Given the imminent expiration of the current CR, the parties understand from news reports that the President is likely to sign the bill into law before the expiration of government funding today, December 20, 2019.

5. If the appropriations bill were to be enacted, it would require Defendant to publish the Autos Report by January 19, 2020. The parties therefore propose to file another Joint Status Report by January 27, 2020, at which point they will confirm enactment of the legislation containing the publication requirement, apprise the Court whether the Autos Report was published, and address any remaining issues.

6. If the President does not sign the bill, then the parties propose to alert the Court accordingly within three business days of the President's veto.

//

//

Dated: December 20, 2019

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
(D.C. Bar No. 1024362)
R. James Valvo, III
(D.C. Bar No. 1017390)
Lee A. Steven
(D.C. Bar No. 468543)

CAUSE OF ACTION INSTITUTE
1310 N. Courthouse Road, Ste. 700
Arlington, VA 22201
Telephone: (571) 482-4182
ryan.mulvey@causeofaction.org
james.valvo@causeofaction.org
lee.steven@causeofaction.org

*Counsel for Plaintiff*

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ John Moustakas*
John Moustakas, D.C. Bar # 442076
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendant*