UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>　　　　Defendant. | Civ. A. No. 19-778 (CJN) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

　　　　In its February 6, 2020, Minute Order, the Court directed Defendant, United States Department of Commerce, by February 14, 2020, either to submit to the Court for *in camera ex parte* review, a copy of the report that the Secretary submitted to the President pursuant to Section 232 of the Trade Expansion Act of 1962, 19 U.S.C. § 1862 ("Section 232 Auto Report") or provide an explanation of any decision not to submit the Section 232 Auto Report.

　　　　Undersigned counsel promptly communicated the content of the Minute Order to the relevant stakeholders through appropriate channels.  Having not yet received the guidance necessary to provide the Court an authoritative response, undersigned seeks, on Defendant's behalf, a short extension of time to facilitate the provision of a response.

　　　　There is good cause for Defendant's request, which is not interposed for the purpose of delay.  Through counsel, Plaintiff authorizes Defendant to represent that it takes no position on Defendant's request.  Plaintiff does not seek a corresponding extension of its deadline for filing a supplemental brief so long as Defendant's determination is made before the expiration of its deadline.

Dated: February 14, 2020

        Respectfully submitted,
        TIMOTHY J. SHEA, D.C. Bar # 437437
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar # 924092
        Chief, Civil Division

        /s/_____
        JOHN MOUSTAKAS, D.C. Bar # 442076
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2518
        John.Moustakas@usdoj.gov
        *Attorneys for Defendants*