UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAUSE OF ACTION INSTITUTE,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF
COMMERCE,

Defendant.

Civ. A. No. 19-778 (CJN)

## NOTICE OF *EX PARTE* SUBMISSION FOR *IN CAMERA* REVIEW

Defendant, the United States Department of Commerce, through undersigned counsel, respectfully submits this notice to inform the Court and the parties of its *ex parte* submission of the Section 232 Auto Report for *in camera* review as contemplated by the Court's Minute Orders of February 6 and 18, 2020.[1]

Dated: February 21, 2020

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar # 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

/s/_____
JOHN MOUSTAKAS, D.C. Bar # 442076
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
John.Moustakas@usdoj.gov

*Attorneys for Defendants*

---

[1]     Consistent with the Defense Production Act, as amended (50 U.S.C. § 4555(d)), the Section 232 Auto Report submitted to the Court contains redactions of proprietary information obtained during the compilation of the Report.