# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>COMMERCE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 19-CA-778 (CJN) |

## UNOPPOSED MOTION OF U.S. SENATOR PAT TOOMEY FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF

Pursuant to LCvR 7(o) and the Court's Minute Order of February 6, 2020, United States Senator Pat Toomey ("Movant") hereby seeks leave to file an amicus curiae brief in *Cause of Action Inst. v. United States Dep't of Commerce*, Civil Action No. 19-CA-778 (CJN), in support of Plaintiff, which brief may be joined by other members of Congress. Neither party objects to the filing of this brief. Consistent with the Court's Minute Order, the amicus curiae brief would be filed no later than March 6, 2020.

Plaintiff seeks the release of the Secretary of Commerce's final report to the President regarding the Secretary's Section 232 National Security Investigation of Imports of Automobiles, Including Cars, SUVs, Vans and Light Trucks, and Automotive Parts ("the Report") under the Freedom of Information Act, 5 U.S.C. § 552. *See* Compl. ¶ 1, ECF No. 1. Independently of Plaintiff, Movant has sought access to the Report through legislation enacted by the 116th Congress, of which Movant is a member, requiring that the Secretary publish the Report by January 19, 2020. Commerce, Justice, Science, and Related Agencies Appropriations Act, 2020, Pub. L. No. 116-93, div. B, § 112, 133 Stat. 2317, 2385, 2395–96 (Dec. 20, 2019). Defendant

has asserted that it need not comply with that requirement. *See, e.g.*, Joint Status Rep. ¶¶ 2-4, ECF No. 31.

Members of Congress, such as Movant, and Congress as a whole have a unique constitutional interest in disclosure of the Report. Under Article I, § 8 of the Constitution, Congress has exclusive power "[t]o lay and collect [t]axes, [d]uties, [i]mposts and [e]xcises" as well as to "[t]o regulate [c]ommerce with foreign [n]ations." While Congress has delegated some portion of that power to the President in Section 232 of the Trade Expansion Act of 1962, 19 U.S.C. § 1862, Congress retains its constitutional power to legislate regarding the import of autos and auto parts, to amend the delegation of authority under Section 232, and to exercise its oversight functions. As a result of this unique constitutional role, Movant and other members of Congress have an interest distinct from either party in seeing the Report released, both to aid in the conduct of Movant's constitutional duties as well as to ensure that Congress's directives with respect to publication specifically, and the exercise of delegated power more generally, are followed.

Accordingly, for the foregoing reasons, Movant respectfully requests that the Court grant Movant leave to file an amicus brief, which other members of Congress may join, not to exceed 20 pages and to be filed no later than March 6, 2020. A proposed Order is also provided

Respectfully submitted,

_____
Daniel Prywes (D.C. Bar No. 342394)
Donald B. Cameron (D.C. Bar No. 260844)
R. Will Planert (D.C. Bar No. 412145)
MORRIS MANNING & MARTIN LLP
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
(202) 216-4811
dprywes@mmmlaw.com

/s/Kathleen Claussen
Kathleen Claussen (N.Y. Bar No. 4954194)
University of Miami School of Law
1311 Miller Drive
Coral Gables, FL 33146
(305) 284-6646
kclaussen@law.miami.edu

/s/Timothy Meyer
Timothy Meyer (Cal. Bar No. 252828)
Vanderbilt Law School
131 21st Avenue South
Nashville, TN 37203
(615) 936-8394
tim.meyer@law.vanderbilt.edu

*Counsel to Movant*

Dated: February 28, 2020

Case 1:19-cv-00778-CJN   Document 35   Filed 02/28/20   Page 4 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, I caused the foregoing Motion to be served upon the following by electronic delivery through the Court's ECF program:

Lee A. Steven
Cause Of Action Institute
1310 N. Courthouse Road
Suite 700
Arlington, VA 22201-2961

*Attorney for Plaintiff*

Russel James Valvo, III
Cause Of Action Institute
1310 N. Courthouse Road
Suite 700
Arlington, VA 22201-2961

*Attorney for Plaintiff*

Ryan Patrick Mulvey
Cause Of Action Institute
1310 N. Courthouse Road
Suite 700
Arlington, VA 22201-2961

*Attorney for Plaintiff*

John Moustakas
U.S. Attorney's Office For The District Of Columbia
555 Fourth Street, NW
Washington, DC 20530

*Attorney for Defendant*

_____
Daniel I. Prywes