# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>　　　　Defendant. | Civ. A. No. 19-0778 (CJN) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant, United States Department of Commerce ("Defendant"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully requests a consolidation and extension of its deadlines to respond to supplemental briefing from Plaintiff (filed February 28, 2020) and amicus (filed March 6, 2020) to a date no later than April 6, 2020. Good cause exists to grant this motion.

Since the filing of Plaintiff's Supplemental Brief on February 28, 2020, undersigned counsel has filed motions for summary judgment on March 2, March 5, March 10, 2020. Apart from the current deadlines for filing the Supplemental Responses in this case (March 13 and 20), counsel has deadlines of March 16, 2020 for filing a motion to dismiss in a complex matter of first impression, and March 18, 2020 for filing yet another motion for summary judgment – both of which predated the scheduling of supplemental briefing in this case. In addition, counsel needs the remainder of the month to prepare for, conduct and defend lay and expert depositions before the March 30, 2020 close of discovery in an ADEA matter.

The power of additional, unanticipated deadlines to upend on an already precariously balanced – and demonstrably overfilled – workload cannot be gainsaid. Because virtually every day during this period has been, in addition, punctuated by the steady diet of non-dispositive motions and status reports, negotiations, witness interviews, answers, and discovery, and myriad other responsibilities attendant to an active docket approaching 100 cases, there has been time for little else, including until just now, time for the instant request.

The issues addressed by Plaintiff's and amicus' Supplemental Briefs are novel, complex and of great importance. Lawyering from the interstices is not befitting issues of such consequence. To do the issue anything approaching justice, and attempt to produce the kind of vigorous counterpoint to the formidable advocacy coming from opposing counsel that might usefully crystallize the issues for the Court's consideration, additional time is needed under the circumstances. Consequently, undersigned counsel seeks, on behalf of the Department of Commerce, until April 6, 2020 to prepare its response to both supplemental briefs.

Defendant requests this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension of the Court's deadline for supplemental briefing. Respectful of the schedule that Plaintiff reminds us "CoA and Senate *amici* have been able to abide," undersigned is constrained by realism, over pride, to seek appreciably more time than the extension Plaintiff kindly offered (one week as to its brief; no additional time as to amicus' brief). Would that it were sufficient to the task. But for all of the aforementioned reasons, one week is not enough. Defendant respectfully requests that the Court grant its motion for extension of time to file until April 6, 2020.

Dated:  March 11, 2020											Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar # 437437
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:	/s/ *John Moustakas*
John Moustakas, D.C. Bar #442076
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov