# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>    Defendant. | Civ. A. No. 19-778 (CJN) |

## NOTICE OF *EX PARTE* SUBMISSION FOR *IN CAMERA* REVIEW

Defendant, United States Department of Commerce, through undersigned counsel, respectfully submits this notice of its *ex parte* submission of an unredacted version of the Section 232 Automotive Report first submitted on February 21, 2020 for *in camera* review as contemplated by the Court's orders of February 6 and 18, 2020.

The Section 232 Automotive Report was first submitted to the Court on February 21, 2020, with the redactions to protect third-party confidential industrial survey information under Section 4555(d) of the Defense Production Act (DPA), as contemplated by 19 U.S.C.§ 1862(b)(3)(B). Today, Defendant submits an unredacted version of the Report to "ensur[e] that the Court fully appreciates the sensitive nature of the confidential information that is at issue, and to prevent a release thereof that could harm the national interest."  See Defendant's Supplemental Brief in Support of its Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary


Judgment at 2; see also *id.* at 13-14.  A brief account of the redactions' implementation is set forth in the margin.[1]

Today's version presented to the Court for *in camera* review contains all necessary, proposed redactions.  For the Court's convenience, it contains colored, open-box redactions that distinguish between two past sets of redactions and one potential future one:  red (reflecting original redactions as transmitted to the President on February 17, 2019); blue (reflecting additional redactions implemented to protect information obtained from a business-confidential industry survey identified by Commerce Department personnel since March 1, 2019 (see pp. 26, 55, 65, 78, and 508)); and green (reflecting language still under consideration for possible redaction and/or security classification (see p. 83).

Dated: May 11, 2020

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar # 437437
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ John Moustakas*
John Moustakas, D.C. Bar #442076
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendant*

---

[1] First, on February 17, 2019, the Department sent two pdf documents to the President (the first pdf document is the report and Appendix A; the second is Appendices B-H).  These documents contain brackets ("[]") around some information deemed to be protected, but do not contain any actual redactions.  Second, in anticipation of the report's eventual public release, Department of Commerce personnel created a version that combined the two pdfs into a single document and incorporated certain "formatting" adjustments such as spacing and writing out of numbers in word form.  The protected information was redacted with the underlying information no longer visible.  This is the version presented to the Court for *in camera* review on February 21, 2020.  However, it was later discovered that this redacted version did not contain all proposed redactions of confidential industrial survey information that are necessary under the Defense Production Act – an oversight remedied by the further redactions made visible to the Court in this version.